B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MPI Chaucer, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Regal Crossing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5875624** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3280 Peachtree Road, NW**<br>**Suite 600**<br>**Atlanta, GA**  ZIP Code **30305** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**7575 Chaucer Place**<br>**Dallas, TX 75237** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MPI Chaucer, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: See Attached Schedule 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MPI Chaucer, LLC** |

Page 3

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Jimmy C. Luke, II
Signature of Attorney for Debtor(s)

**Jimmy C. Luke, II   (Georgia Bar No. 191817)**
Printed Name of Attorney for Debtor(s)
**Foltz Martin, LLC**
Firm Name
**5 Piedmont Center, Suite 750**
**Atlanta, GA 30305-1541**
Address
**jluke@foltzmartin.com**
**404-231-9397  Fax: 404 237-1659**
Telephone Number

_____
Date

and

**Brian K. Gart   (Florida Bar No. 381152)**
Printed Name of Attorney for Debtor(s)
**Berger Singerman, P.A.**
Firm Name
**350 E. Las Olas Boulevard**
**Suite 1000**
**Fort Lauderdale, FL 33301**
Address
**bgart@bergersingerman.com**
**954-525-9900 Fax:954-523-2872**
Telephone Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

B1 (Official Form 1) (1/08)

Page 4

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br><br>**Ronald L. Glass**<br>Printed Name of Authorized Individual<br><br>**Chief Restructuring Officer**<br>Title of Authorized Individual<br><br>Jan. 8, 2010<br>Date | X _____<br><br>Date _____<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Schedule 1
## (Attachment to Voluntary Petition)

| Name | Case Number | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Daniel J. Miles | 09-92601 | 12/9/09 | Northern District of Georgia | Equity Holder | Paul W. Bonapfel |
| Miles Properties, Inc. | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Development Group, Inc. | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Portfolio I LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Azalea, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| Miles-Cherry Hill, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| Miles-Oak Park, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| Miles-Fox Hollow, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| Miles-April Ridge, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Cimarron, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Sunset Place, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Palms West, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI British Woods, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |
| MPI Chaucer, LLC | Not Yet Assigned | 1/8/10 | Northern District of Georgia | Affiliate | Not Yet Assigned |

2334546-2

## LOCAL FORM 5005-7(c)(3)(B)

Debtor name(s): **MPI Chaucer, LLC**

### DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury—

(1) My attorney is filing on my behalf

☒ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☒ *Petition | ☐ Schedule F |
| ☒ List of all Creditors | ☐ Schedule G |
| ☒ *List of 20 largest creditors | ☐ Schedule H |
| ☐ Schedule A | ☐ Schedule I |
| ☐ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☐ *Declaration Concerning Debtor's Schedules |
| ☐ Schedule D | ☐ *Statement of Financial Affairs |
| ☐ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

MPI Chaucer, LLC

Dated: January 8, 2010    Signature:    By: _____

Type or Print Name: Ronald L. Glass, Chief Restructuring Officer

Signature: _____

Type or Print Name

(If Joint Debtors, Both Must Sign)

2537043-1

## Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: January 8, 2010

/s/ Brian K. Gart
Brian K. Gart
Florida Bar No. 381152, *pro hac vice pending*
bgart@bergersingerman.com
Paul A. Avron
Florida Bar No. 0050814, *pro hac vice pending*
pavron@bergersingerman.com

BERGER SINGERMAN, P.A.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
and
2650 N. Military Trail, Suite 240
Boca Raton, FL 33431
Telephone: (561) 241-9500
Facsimile: (561) 998-0028

*and*

/s/ Jimmy C. Luke, II
Jimmy C. Luke, II
jluke@foltzmartin.com
Georgia Bar No. 191817

FOLTZ MARTIN, LLC

5 Piedmont Center, Suite 750
Atlanta, GA 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659

*Proposed Co-Counsel for the Debtors*

2

2537043-1

# MPI CHAUCER, LLC

## WRITTEN CONSENT
## OF
## THE CHIEF RESTRUCTURING OFFICER

The undersigned, being the Chief Restructuring Officer of the Majority Member and Manager of MPI CHAUCER, LLC, a Georgia limited liability company (the "Company") do hereby consent in writing to the adoption of the following resolutions:

**WHEREAS**, the undersigned has determined that it is in the best interest of the Company and upon the recommendation of the Company's professional advisors, has determined that it is desirable, fair, reasonable, and in the best interest of the Company and its creditors, member and other interested parties to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT**

### Filing and Prosecution of Bankruptcy Case

**RESOLVED**, that it is desirable and in the best interest of the Company, its respective creditors, member, and other interested parties to authorize the Chief Restructuring Officer of the Company, (hereinafter the "Authorized Officer"), to cause to be filed one or more petitions in the name of the Company (the "Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 case"); and it is further

**RESOLVED**, that the Authorized Officer, be, and hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"), in such forms and at such time as such officer(s) shall determine; and it is further

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Company, including causing to be filed in the bankruptcy case one or more Disclosure Statement(s) and a Plan(s) of Reorganization (collectively, the "Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized to execute and file all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which it deems necessary and proper in connection with the Chapter 11 case.

### Employment of Professionals

**RESOLVED**, that the law firm of Berger Singerman P.A. and Foltz Martin, LLC be, and hereby are, employed under general retainer as bankruptcy counsel for the Company in the

2477617-1

Chapter 11 case, and the Authorized Officer is hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Berger Singerman P.A. and Foltz Martin, LLC; and it is further

**RESOLVED**, that the undersigned approves the engagement of Ronald L. Glass ("Glass") to serve as "Chief Restructuring Officer" (herein so called) of the Company in the Chapter 11 case, and the Authorized Officer of the Company is hereby authorized and directed to determine which firm to engage or to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Glass; and it is further

**RESOLVED**, that the Authorized Officer approves the engagement of GlassRatner Advisory & Capital Group, LLC ("GlassRatner") or another person or firm as the financial advisor for the Company in the Chapter 11 case, and the Authorized Officer of the Company is hereby authorized and directed to determine which firm to engage or to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of GlassRatner or other financial advisor, as applicable; and it is further

**RESOLVED**, that the undersigned approves the engagement by GlassRatner, as Chief Restructuring Officer for the Company, on behalf of, and in the name of, the Company, of any person or firm as the investment banker for the Company in the Chapter 11 case, and the Authorized Officer of the Company is hereby authorized and directed to determine which firm to engage or to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of such investment banker, as applicable; and it is further

**RESOLVED**, that the Authorized Officer is hereby authorized and directed, in the name of and on behalf of the Company, to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officer is hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Officer on behalf of the Company to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

2477617-1

2

### General Authorizing, Resolutions

**RESOLVED**, that the Authorized Officer, in the name of and on behalf of the Company, with full authority to act, is hereby authorized and directed, in the name of and on behalf of the Company, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

**RESOLVED**, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by the Authorized Officer, in the name of and on behalf the Company, in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

**RESOLVED**, that the Authorized Officer is, authorized, empowered and directed, in the name of and on behalf of the Company, to certify and attest any documents or materials which he deems necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

**BE IT FURTHER RESOLVED**, that the Authorized Officer, in the name of and on behalf of the Company, acting alone and without attestation, is hereby authorized and directed to take all necessary or desirable actions in the name and on behalf the Company, and the Authorized Officer, in the name of and on behalf of the Company, to consummate the transactions contemplated by these Resolutions, including without limitation, the execution and delivery of such further documents, agreements, instruments and other writings as any such officer may determine in his sole discretion to be necessary or desirable to consummate such transactions and further, that any and all acts of said Authorized Officer, pursuant to the authority hereby presented and directed, be, and the same hereby are, approved, ratified and accepted as the action of the Company; and

**BE IT FINALLY RESOLVED**, that any and all other actions heretofore taken by the Authorized Officer, in the name of and on behalf of the Company, in furtherance of the foregoing resolutions are hereby approved, ratified and confirmed in all respects.

[SIGNATURE ON NEXT PAGE]

2477617-1

3

**IN WITNESS WHEREOF**, the undersigned being the Chief Restructuring Officer of the Majority Member and Manager of the Company have executed this Written Consent as of the ___ day of January, 2010.

MAJORITY MEMBER:

MPI HOLDING COMPANY, LLC

By: _____
Ronald L. Glass
Chief Restructuring Officer

MANAGER:

MPI CHAUCER MANAGER, LLC

By: _____
Ronald L. Glass
Chief Restructuring Officer

2477617-1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                    Case No. 09-

MPI CHAUCER,
LLC,[1]                                                   Chapter 11 Case

Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

Ronald L. Glass, Chief Restructuring Officer of MPI Chaucer, LLC, a Georgia limited liability company (the "Company"), does hereby certify that pursuant to Rule 7007.1(a), MPI Holding Company, LLC, a Georgia limited liability company owns 59.460% of the Company's membership interests.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of January, 2010.

MPI CHAUCER, LLC, a Georgia limited liability company

By: _____
Ronald L. Glass, Chief Restructuring Officer

---

[1] The address of the Debtor is 3280 Peachtree Road NW, Suite 600, Atlanta, GA 30305, and last four digits of the Debtor's taxpayer identification number are 5624.

2477638-1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **MPI CHAUCER, LLC**  
                          Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Excellent Carpet Cleaning<br>Amicar Lazo<br>P. O. Box 15429<br>Irving, TX 75015-4929 | Excellent Carpet Cleaning<br>Amicar Lazo<br>P. O. Box 15429<br>Irving, TX 75015-4929 | Carpet Services | | 68,855.27 |
| Contemporary Contractors<br>PO Box 177453<br>Irving, TX 75017 | Contemporary Contractors<br>PO Box 177453<br>Irving, TX 75017 | Construction Services | | 15,271.74 |
| TXU Electric<br>P.O.Box 100001<br>Dallas, TX 75310-0001 | TXU Electric<br>P.O.Box 100001<br>Dallas, TX 75310-0001 | Utility | | 6,333.78 |
| AAA Staffing<br>11511 Katy Freeway<br>Ste 130<br>Houston, TX 77079 | AAA Staffing<br>11511 Katy Freeway<br>Ste 130<br>Houston, TX 77079 | Temporary Employees | | 1,307.55 |
| Republic Services Nat'l Accts<br>P.O. Box 99917<br>Chicago, IL 60696-7717 | Republic Services Nat'l Accts<br>P.O. Box 99917<br>Chicago, IL 60696-7717 | Trash Services | | 1,231.63 |
| Office Equip Finance Serv<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 | Office Equip Finance Serv<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 | Office Equipment Financing | | 1,191.34 |
| City of Dallas<br>Pool Permit Special Collection<br>P.O. Box 139076<br>Dallas, TX 75313-9076 | City of Dallas<br>Pool Permit Special Collection<br>P.O. Box 139076<br>Dallas, TX 75313-9076 | Permit Fee | | 768.00 |
| Greensheet<br>7929 Brookriver<br>Suite 700<br>Dallas, TX 75247 | Greensheet<br>7929 Brookriver<br>Suite 700<br>Dallas, TX 75247 | Advertising | | 576.00 |
| Darrell Morore<br>532 Missionary Ridge<br>DeSoto, TX 75115 | Darrell Morore<br>532 Missionary Ridge<br>DeSoto, TX 75115 | Security Deposit Tenant Refund | | 470.00 |
| Chauncey McBride<br>1711 Vicksburg Dr<br>Mesquite, TX 75181 | Chauncey McBride<br>1711 Vicksburg Dr<br>Mesquite, TX 75181 | Security Deposit Tenant Refund | | 380.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **MPI CHAUCER, LLC**                                    Case No. _____
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Roy Williams<br>7575 Chaucer Place<br>Apt. 0403<br>Dallas, TX 75237 | Roy Williams<br>7575 Chaucer Place<br>Apt. 0403<br>Dallas, TX 75237 | Security Deposit Tenant Refund | | 200.00 |
| Ethel Allen<br>7575 Chaucer Place<br>Apt 1303<br>Dallas, TX 75237 | Ethel Allen<br>7575 Chaucer Place<br>Apt 1303<br>Dallas, TX 75237 | Security Deposit Tenant Refund | | 156.77 |
| Docuteam Inc.<br>Dept 3180<br>PO Box 2153<br>Birmingham, AL 35287-3180 | Docuteam Inc.<br>Dept 3180<br>PO Box 2153<br>Birmingham, AL 35287-3180 | Copiers | | 121.00 |
| Apt Assoc of Greater Dallas<br>711 Navarro<br>Suite 100<br>San Antonio, TX 78205 | Apt Assoc of Greater Dallas<br>711 Navarro<br>Suite 100<br>San Antonio, TX 78205 | Advertising | | 73.20 |
| Essie D.H. Hodge<br>7575 Chaucer Place<br>Apt 301<br>Dallas, TX 75237 | Essie D.H. Hodge<br>7575 Chaucer Place<br>Apt 301<br>Dallas, TX 75237 | Security Deposit Tenant Refund | | 50.00 |
| Ashley Fortson<br>629 Pentagon Pkwy<br>Dallas, TX 75224 | Ashley Fortson<br>629 Pentagon Pkwy<br>Dallas, TX 75224 | Security Deposit Tenant Refund | | 7.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  Jan. 8, 2010                Signature  *Ronald L. Glass*
                                                Ronald L. Glass
                                                Chief Restructuring Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re  **MPI CHAUCER, LLC**
Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 2124 Morris Medical Plaza LL<br>820 Bear Tavern Rd<br>W. Trenton, NJ 08628 | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  Jan - 8, 2010

Signature  _____
Ronald L. Glass
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re  **MPI CHAUCER, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: Jan. 8, 2010

Ronald L. Glass/Chief Restructuring Officer  
Signer/Title

AAA Staffing
11511 Katy Freeway
Ste 130
Houston, TX 77079


ADT Security Services, Inc
2403 Lacey Ln
Carrollton, TX 75006


Apt Assoc of Greater Dallas
711 Navarro
Suite 100
San Antonio, TX 78205


Ashley Fortson
629 Pentagon Pkwy
Dallas, TX 75224


Bizzy Bees
2812 Trinity Sq Dr, Ste 100
Carrollton, TX 75006


Chauncey McBride
1711 Vicksburg Dr
Mesquite, TX 75181


City of Dallas
Pool Permit Special Collection
P.O. Box 139076
Dallas, TX 75313-9076


Contemporary Contractors
PO Box 177453
Irving, TX 75017


Daniel J. Miles
700 Park Regency Place
Apt 1405
Atlanta, GA 30326

Darrell Morore
532 Missionary Ridge
DeSoto, TX 75115


David Childs
Dallas County Tax Assessor
PO Box 139066
Dallas, TX 75313


DocuTeam
P.O. Box 41602
Philadelphia, PA 19101


Docuteam Inc.
Dept 3180
PO Box 2153
Birmingham, AL 35287-3180


Essie D.H. Hodge
7575 Chaucer Place
Apt 301
Dallas, TX 75237


Ethel Allen
7575 Chaucer Place
Apt 1303
Dallas, TX 75237


Excellent Carpet Cleaning
Amicar Lazo
P. O. Box 15429
Irving, TX 75015-4929


For Rent
75 Remittance Dr, #1705
Chicago, IL 60675

```
Granite Telecom
PO Box 83197
Woburn, MA 01813


Greensheet
7929 Brookriver
Suite 700
Dallas, TX 75247


HD Supply
P.O. Box 471407
Lake Monroe, FL 32747


Hot Land
P O Box 59171
Dallas, TX 75229


Kings III Emergency Comminications
751 Canyon Dr, Ste 100
Coppell, TX 75019


Miles Properties, Inc.
3280 Peachtree Rd
Suite 600
Atlanta, GA 30305


Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211


Office Equip Finance Serv
P.O. Box 790448
St. Louis, MO 63179-0448


Phone-Jet Telecom Inc
P O Box 866366
Plano, TX 75086
```

Regions Bank
PO Box 11407
Birmingham, AL 35246-0054


Rent.com
2425 Olympic Blvd, Ste 400E
Santa Monica, CA 90404


Republic (BFI Waste Systems)
18500 N Allied Way
Phoenix, AZ 85054


Republic Services Nat'l Accts
 P.O. Box 99917
Chicago, IL 60696-7717


Roy Williams
7575 Chaucer Place
Apt. 0403
Dallas, TX 75237


Seagull Floors
PO Box 100351
Atlanta, GA 30384


TXU Electric
P.O.Box 100001
Dallas, TX 75310-0001