**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:
    **MPI Chaucer, LLC**

Case No.: **10−60812−pwb**
Chapter: **11**
Judge: **Paul W. Bonapfel**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)
Summary of Schedules, Page 1 (Form 6−Summary)
Statistical Summary (Form 6−Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Attorney Disclosure of Compensation Form 203

Dated: 1/11/10

M. Regina Thomas
Clerk of Court

Form 430

By: Shonda L. Moses
    Deputy Clerk